| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzwater, Sidney A | 2. Court or Organization<br><br>U.S. District Court, N.D. Tex. | 3. Date of Report<br><br>04/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1100 Commerce St., Rm. 1520<br>Dallas, Texas 75242-1599 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/27/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan. 2005 | Self-employed seasonal sales assistance |
| 2. | June 2005 | Self-employed seasonal sales assistance |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Freedom Forum, Arlington, VA (First Amendment Center, Inc., Nashville, TN) | Feb. 24-25, Nashville, TN (airfare, hotel, transportation, food) to judge First Amendment Center at Vanderbilt moot court competition |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Series EE Bond (See Part VIII) | | None | | | Redeem | 6/1 | J | D | |
| 2. U.S. Series EE Bond | | None | J | T | | | | | |
| 3. Washington Mutual Investors Fund (1984 IRA-Mutual Fund) | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp. Common Stock | A | Dividend | | | Sell | 12/7 | J | C | |
| 5. American Century Income & Growth Fund | A | Dividend | J | T | | | | | |
| 6. Coca Cola Co. Common Stock | A | Dividend | | | Sell | 12/7 | J | | See note in Part VIII |
| 7. UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 8. 3M Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. Trust # 2 (Nos. 10-17) (See Part VIII) | E | Dividend | M | T | | | | | |
| 11. UBS Resource Mgmt. Acct (Money Market Portfolio) | | | | | | | | | |
| 12. Calamos Growth Fund | | | | | | | | | |
| 13. Lord Abbett Affiliated Fund | | | | | | | | | |
| 14. MFS Research Bond Fund | | | | | Sell part | 6/20 | J | A | |
| 15. UBS U.S. Allocation Fund | | | | | Sell | 3/4 | M | D | |
| 16. Calamos Growth and Income Fund | | | | | | | | | |
| 17. UBS Global Allocation Fund | | | | | Buy | 3/4 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calamos Growth and Income Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 19. Lord Abbett Affiliated Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 20. Lord Abbett All Value Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 21. MFS Research Bond Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 22. UBS S&P 500 Index Fund | | | | | Sell | 3/4 | K | D | |
| 23. UBS Global Allocation Fund (See Part VIII) | A | Dividend | K | T | Buy | 3/4 | K | | |
| 24. | | | | | Sell part | 3/7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII (Items omitted from 2005 Financial Disclosure Report that were included in 2004 Financial Disclosure Report)

Item Nos. 3 (one bond), 5, 7, 10, and 23 reported in my 2004 Financial Disclosure Report do not have corresponding entries in my 2005 Financial Disclosure Report because these assets are no longer reportable.

Additionally, item No. 24 in my 2004 Financial Disclosure Report is no longer reportable because the asset income and value declined below the reporting threshold.

Part VII, Item No. 1

In column D(4) the "gain" equals the accrued interest paid at the time the bond was redeemed. Were the "gain" reported in column B(1) as interest income, the amount code would be the same, and column B(2) would change from "None" to "Interest."

Part VII, Item No. 6

Column D(4) is left blank because this asset was sold at a loss.

Part VII, Item Nos. 10-17 (Trust # 2)

The type of income disclosed for Trust # 2 is "Dividend." The form does not allow the filer to report multiple types of income. The income includes dividends and capital gains. All income has been reported in column B(1).

Part VII, Item Nos. 18, 19, 20, 21, and 23

The type of income disclosed for these assets is "Dividend." The form does not allow the filer to report multiple types of income. These funds include income in the form of dividends and/or capital gains earned by the funds and distributed to fund owners. All such income has been reported in column B(1).

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/27/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date April 27, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544